UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLTON L DRAPER, et al.,

    Plaintiffs,

v.

FCA US LLC,

    Defendant.

Case No. 25-cv-00107-RS

**ORDER GRANTING MOTION FOR LEAVE TO SUBMIT LATE OPPOSITION BRIEF, RESETTING REPLY DEADLINE, AND VACATING HEARING**

In light of the strong policy favoring disposition on the merits, defendant's motion for leave to file a late opposition is granted, and the proposed opposition is deemed filed. Plaintiffs' deadline to file a reply brief is extended to one week following the date of this order. The hearing set for June 5, 2025, is vacated. Unless otherwise ordered, the matter will be decided without oral argument.

**IT IS SO ORDERED**.

Dated: May 22, 2025

RICHARD SEEBORG
Chief United States District Judge